FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALISTA ANN VILLA,<br><br>Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 199)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 199**. The motion states U.S. Probation has no objection to the modification. The U.S. Attorney notified counsel by email that she also does not object.

Specifically, Defendant requests to modify condition #28 which sets curfew from 7:00 a.m. to 7:00 p.m. by extending the curfew to 9:00 p.m.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 199**, is **GRANTED**. Defendant's curfew is extended to 9:00 p.m.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED March 10, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1