FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALISTA ANN VILLA,<br><br>Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 207)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 207**. Defendant recites in her motion that neither the United States, nor U.S. Probation oppose this request.

Specifically, Defendant requests that she no longer be required to participate in home confinement and electronic monitoring or follow a curfew.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 207**, is **GRANTED**. Defendant is no longer required to follow condition number 28, **ECF No. 191**, which requires home confinement, electronic monitoring and curfew.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED April 1, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1