FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KALISTA ANN VILLA,<br><br>    Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>   **(ECF No. 220)** |

    Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 220**. Specifically, Defendant requests permission to modify condition #31 and resume contact with her husband, Kevin Moore.

    Defendant recites in her motion that United States Probation does not oppose this request. Defendant enumerates her efforts to contact the United States Attorney's office, but has not learned the position of that office, **ECF No. 220 at 2.**

    The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 220**, is **GRANTED**. Defendant is permitted contact with Kevin Moore *only* via telephone, email or written mail. No in person contact is permitted.

    All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

    **IT IS SO ORDERED.**

    DATED July 1, 2020.



    _____
    JOHN T. RODGERS
    UNITED STATES MAGISTRATE JUDGE

ORDER - 1