FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KALISTA ANN VILLA,<br><br>　　　　　　Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED WITH LEAVE TO RENEW**<br>**(ECF No. 242)** |

　　Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 242**. Specifically, Defendant requests permission to modify condition #31 and allow supervised in person contact with her husband, Kevin Moore.

　　Defendant recites in her motion that neither the United States nor U.S. Probation oppose this request.

　　Defendant proposes "supervised visits," but does not indicate what that term means or entails.

　　For reasons stated above, **IT IS ORDERED** Defendant's Motion, **ECF No. 242**, is **DENIED WITH LEAVE TO RENEW**.

　　**IT IS SO ORDERED.**

　　DATED October 13, 2020.



　　　　　　　　　　_____
　　　　　　　　　　JOHN T. RODGERS
　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER - 1