FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KALISTA ANN VILLA,<br><br>Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS<br><br>**MOTION DENIED AS MOOT (ECF No. 244)**<br><br>**MOTION GRANTED (ECF No. 246)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 246**. Defendant recites in her motion that neither the United States nor U.S. Probation oppose this request.

Specifically, Defendant requests permission to modify condition #31 and resume in person contact with her husband, Kevin Moore.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 244**, is **DENIED AS MOOT** and **ECF No. 246,** is **GRANTED**. With *prior* approval from U.S. Probation as to date, time and location, Defendant is permitted in person contact with Kevin Moore.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED October 26, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1