UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Villa, Kalista Ann | Docket No. | 4:19CR06061-SAB-5 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kalista Ann Villa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 5th day of February 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Kalista Ann Villa is alleged to have violated her conditions of pretrial release supervision by ingesting methamphetamine on or before October 31, 2020.

On February 14, 2020, the conditions of pretrial release supervision were reviewed with Ms. Villa. Ms. Villa acknowledged an understanding of the conditions, which included standard condition number 9.

On February 10, 2021, Ms. Villa contacted the undersigned officer to discuss her use of illegal controlled substances. During this telephone conversation, Ms. Villa admitted to she ingested methamphetamine some time near the the end of October 2020.

On February 16, 2021, the undersigned officer met with Ms. Villa at her residence to discuss her use of illegal controlled substances. Ms. Villa again acknowledged she ingested methamphetamine at the end of October 2020. Subsequently, she signed a substance abuse admission form acknowledging her use of methamphetamine on or before October 31, 2020.

**Violation #2:** Kalista Ann Villa is alleged to have violated her conditions of pretrial release supervision by testing positive for the presence of amphetamine, methamphetamine and opiates from January 29, to February 9, 2021.

On February 14, 2020, the conditions of pretrial release supervision were reviewed with Ms. Villa. Ms. Villa acknowledged an understanding of the conditions, which included standard condition number 9.

On January 29, 2021, U.S. Probation Officer (USPO) Melissa Hanson and the undersigned contacted Ms. Villa at her residence. During this meeting USPO Hanson placed a sweat patch on Ms. Villa's left arm for the purposes of drug testing.

On February 9, 2021, USPO Hanson and the undersigned returned to Ms. Villa's residence to remove the sweat patch. The sweat patch was sent to PharmChem, Inc. for further analysis.

On February 10, 2021, Ms. Villa contacted the undersigned officer and admitted she ingested methamphetamine and ecstacy on February 3, 2021.

On February 16, 2021, the undersigned officer met with Ms. Villa at her residence to discuss her use of illegal controlled substances. Ms. Villa again acknowledged she ingested methamphetamine and ecstacy on February 3, 2021. Subsequently, Ms. Villa signed a substance abuse admission form acknowledging her use of methamphetamine and ecstacy.

Re: Villa, Kalista Ann
February 19, 2021
Page 2

On February 18, 2021, PharmChem, Inc., confirmed the sweat patch that was on Ms. Villa's left arm from January 29, to February 9, 2021, detected the presence of amphetamine, methamphetamine and opiates. The test results for amphetamine and methamphetamine are consistent with Ms. Villa's admission to using methamphetamine and ecstacy.

Later on February 18, 2021, the undersigned officer contacted Ms. Villa and confronted her on the positive result for opiates. Ms. Villa adamantly denied knowingly ingesting any opiate-based drugs. However, she speculated the methamphetamine and ecstacy she ingested may have also contained an unknown type of opiate-based drug.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 19, 2021

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

February 19, 2021
Date