UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Villa, Kalista Ann | Docket No. | 4:19CR06061-SAB-5 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kalista Ann Villa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 5th day of February 2020, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined by 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** Kalista Ann Villa is alleged to have violated her conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about February 18, 2021.

On February 14, 2020, the conditions of pretrial release supervision were reviewed with Ms. Villa. Ms. Villa acknowledged an understanding of the conditions, which included standard condition number 9.

On February 23, 2021, Ms. Villa sent the undersigned officer a text message stating the sweat patch that was applied on her arm for the purpose of drug testing from February 16, to February 22, 2021, would test positive for the presence of illegal controlled substances.

On February 24, 2021, the undersigned officer contacted Ms. Villa to address her use of illegal controlled substances. Ms. Villa admitted she ingested methamphetamine on or about February 18, 2021.

**Violation #4:** Kalista Ann Villa is alleged to have violated her conditions of pretrial release supervision be testing presumptive positive for the presence of amphetamine and methamphetamine on February 24, 2021.

On February 14, 2020, the conditions of pretrial release supervision were reviewed with Ms. Villa. Ms. Villa acknowledged an understanding of the conditions, which included standard condition number 9.

On February 24, 2021, Ms. Villa reported to Pioneer Human Services (PHS) and provided a urine specimen that tested presumptive positive for the presence of amphetamine and methamphetamine.

It should be noted that on February 24, 2021, prior to submitting to the aforementioned drug test, Ms. Villa admitted her last use of methamphetamine was on or about February 18, 2021, which is noted in violation number 3 of this petition. Ms. Villa stated that a positive test for methamphetamine on February 24, 2021, would be residual from her use of methamphetamine on February 18, 2021. Based on the undersigned officer's training and experience, methamphetamine is detectable in urine for 3 days.

PS-8

Re: Villa, Kalista Ann
March 4, 2021
Page 2

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT AND TO ISSUE A WARRANT

|  |  |
|---|---|
| by | I declare under the penalty of perjury that the foregoing is true and correct.<br><br>Executed on:   March 4, 2021<br><br>s/Erik Carlson<br><br>Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

March 4, 2021
Date