FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KALISTA ANN VILLA,<br><br>  Defendant. | No. 4:19-CR-06061-SAB-5<br><br>ORDER DENYING DEFENDANT'S MOTION TO QUASH ARREST WARRANT AND SETTING STATUS HEARING<br><br>**MOTION DENIED**<br>   (**ECF No. 309**) |

Before the Court is Defendant's Motion to Quash Arrest Warrant, **ECF No. 309**.

After reviewing the submitted material, **IT IS ORDERED** Defendant's Motion, **ECF No. 309,** is **DENIED**. A **status hearing** is set for **March 19, 2021 at 1:30 p.m.** before the undersigned.

**IT IS SO ORDERED.**

DATED March 17, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1