# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 22, 2024

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Villa, Kalista Ann | Docket No. | 0980 4:19CR06061-SAB-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kalista Ann Villa, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 5th day of February 2020, under the following conditions:

**Additional Condition #14:** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On February 14, 2020, the conditions of pretrial release supervision were reviewed with Ms. Villa. Ms. Villa acknowledged an understanding of the conditions at that time.

**Violation #5:** Kalista Ann Villa is alleged to have violated the conditions of pretrial release supervision by traveling to the Western District of Washington without submitting a motion to the Court on or about August 13, 2024.

On February 19, 2021, a petition was submitted to the Court alleging Ms. Villa admitted to ingesting methamphetamine on one occasion and also tested positive for the presence of amphetamine, methamphetamine and opiates on another occasion. The Court issued a summons for Ms. Villa to appear.

On March 4, 2021, another petition was submitted to the Court alleging Ms. Villa had admitted to ingesting and later testing presumptive positive for methamphetamine in February 2021. Subsequently, the Court issued a warrant for Ms. Villa's arrest.

On March 12, 2021, Ms. Villa appeared virtually before the Honorable John T. Rodgers, U.S. Magistrate Judge, for an initial appearance on the above-noted petitions. The Court found Ms. Villa had violated the conditions of pretrial release supervision and ordered her to report to detention by 5 p.m. on March 13, 2021.

On March 17, 2024, defense counsel at that time submitted a motion to quash the above-noted warrant. The motion explained Ms. Villa did not report to detention on March 13, 2024, due to being hospitalized again. The Court denied the request to quash Ms. Villa's warrant and scheduled a status hearing.

On March 19, 2021, a status hearing was conducted before the Honorable John T. Rodgers. Ms. Villa appeared virtually. Defense counsel advised Ms. Villa was hospitalized but was scheduled to be released on that date. The above-noted warrant remained active.

Ms. Villa failed to report to detention upon her discharge from the hospital.

Due to her fugitive status, Ms. Villa's sentencing has been postponed.

**Re: Villa, Kalista Ann**
**August 22, 2024**
**Page 2**

On August 14, 2024, the U.S. Attorney's Office advised the undersigned that Ms. Villa was arrested in Tacoma, Washington, which is located in the Western District of Washington, on or about August 13, 2024.  Currently, Ms. Villa is incarcerated at the Federal Detention Center, SeaTac, in Seattle, Washington. It appears that no motion was submitted to the Court requesting approval for Ms. Villa to travel to the Western District of Washington.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on:  August 22, 2024 |
| by | s/Erik Carlson |
|   | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Alexander C. Ekstrom*

Signature of Judicial Officer

August 22, 2024

Date